United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**KEVIN STUART,**

Plaintiff,

vs.

**GINKGO BIOWORKS HOLDINGS, INC., ET AL.,**

Defendants.

CASE NO. 21-cv-08943-YGR

**ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING CONSENTING TO MAGISTRATE JUDGE FOR ALL PURPOSES**

As discussed at today's hearing on the motions brought by Sharon Bernstein and Peter Freeman for appointment as lead plaintiffs, the parties are hereby directed to review the biographies of this District's magistrate judges and to meet and confer regarding consenting to a magistrate judge for all purposes. No later than **Friday, March 4, 2022**, the parties shall file a joint statement certifying that they have complied with this Order and, if they intend to consent, file their joint consent form by this date.

**IT IS SO ORDERED.**

Dated: February 22, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**