**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KEVIN STUART, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>GINKGO BIOWORKS HOLDINGS, INC. F/K/A SOARING EAGLE ACQUISITION CORP., HARRY E. SLOAN, JASON KELLY, and MARK DMYTRUK,<br><br>     Defendants. | Case No.: 4:21-cv-08943-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO POSTPONE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br><u>CLASS ACTION</u><br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Courtroom:  1 – 4th Floor |

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION          4:21-cv-08943-YGR

## ~~PROPOSED~~ ORDER

After reviewing Plaintiff Kevin Stuart's Administrative Motion to Postpone Case Management Conference and Related Deadlines, the supporting declaration of Laurence M. Rosen, any additional papers filed in support of and in opposition to this Motion, and the files in this Action, the Court hereby GRANTS the Motion and ORDERS as follows:

1. The Initial Case Management Conference set for February 28, 2022, and the deadline for the Case Management Statement in connection with such conference, are hereby vacated and will be reset for a date after the Court has ruled on Defendants' anticipated motion to dismiss.

**IT IS SO ORDERED**.

Dated: February 23, 2022

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION          4:21-cv-08943-YGR