**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for*
*Lead Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN STUART, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GINKGO BIOWORKS HOLDINGS, INC. F/K/A SOARING EAGLE ACQUISITION CORP., HARRY E. SLOAN, JASON KELLY, and MARK DMYTRUK, <br><br> Defendants. | Case No. 4:21-cv-08943-YGR <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SUBMITTING JOINT STATEMENT ON MAGISTRATE REFERRAL** <br><br> <u>CLASS ACTION</u> |

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SUBMITTING JOINT
STATEMENT ON MAGISTRATE REFERRAL – 4:21-cv-08943-YGR

sf-4742645

Lead plaintiff movants Peter Freeman ("Freeman") and Sharon Bernstein ("Bernstein" and, collectively with Freeman, "Movants") and defendant Ginkgo Bioworks Holdings, Inc. ("Ginkgo") (Movants and Defendant are collectively, the "Parties"), jointly stipulate to the following:

WHEREAS, on February 22, 2022, the Court entered an order directing the Parties to meet and confer regarding consenting to a magistrate judge for all purposes.

WHEREAS, the Parties were directed to submit a joint statement by March 4, 2022.

WHEREAS, on March 1, 2022, counsel for Ginkgo informed counsel for Movants that it has not confirmed which counsel will represent the three individual defendants, none of whom have yet been served.

WHEREAS, Ginkgo's counsel further stated that, in light of this, it would be difficult to submit a joint statement by March 4 that reflected the definitive views of all Parties.

WHEREAS, Gingko's counsel believes that by March 18, all defendants would be in a position to inform the Court of whether they consent to have this case proceed before a magistrate judge for all purposes.

NOW, THEREFORE, it is hereby stipulated as follows:

The Parties will submit the joint statement on or before March 18.

By entering into this Stipulation, Defendants do not waive and expressly reserve all defenses and objections, including those relating to the merits, jurisdiction, and venue.

Dated: March 4, 2022                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/Laurence M. Rosen*
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

2

*Counsel for Plaintiff Kevin Stuart and Movant Peter Freeman*

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Movant Sharon Bernstein*

**THE SCHALL FIRM**
Brian Schall
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
brian@schallfirm.com

*Additional Counsel for Movant Sharon Bernstein*

3

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SUBMITTING JOINT STATEMENT ON MAGISTRATE REFERRAL – 4:21-cv-08943-YGR

sf-4742645

Dated: March 4, 2022                    **MORRISON & FOERSTER LLP**


By:  */s/ Jordan Eth*
        Jordan Eth, Bar No. 121617
        JEth@mofo.com
        Mark R.S. Foster, Bar No. 223682
        MFoster@mofo.com
        **Morrison & Foerster LLP**
        425 Market Street
        San Francisco, California  94105-2482
        Telephone:      415.268.7000
        Facsimile:       415.268.7522


        William Savitt (*pro hac vice* application forthcoming)
        Anitha Reddy (*pro hac vice* application forthcoming)
        Akua F. Abu (*pro hac vice* application forthcoming)
        **WACHTELL, LIPTON, ROSEN & KATZ**
        51 West 52nd Street
        New York, NY  10019
        Telephone:  (212) 403-1000

        *Attorneys for Defendant Ginkgo Bioworks Holdings, Inc.*
        *F/K/A Soaring Eagle Acquisition Corp.*

4

**<u>ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))</u>**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: March 4, 2022

*/s/Laurence M. Rosen*
Laurence M. Rosen

5

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR SUBMITTING JOINT
STATEMENT ON MAGISTRATE REFERRAL – 4:21-cv-08943-YGR

sf-4742645

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the Parties will submit the joint statement on or before March 18.

IT IS SO ORDERED *nunc pro tunc*.

Dated: March _____, 2022

_____
Judge Yvonne Gonzalez Rogers

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SUBMITTING JOINT
STATEMENT ON MAGISTRATE REFERRAL – 4:21-cv-08943-YGR

sf-4742645