**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for*
*Lead Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN STUART, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GINKGO BIOWORKS HOLDINGS, INC. F/K/A SOARING EAGLE ACQUISITION CORP., HARRY E. SLOAN, JASON KELLY, and MARK DMYTRUK, <br><br> Defendants. | <u>CLASS ACTION</u> <br><br> Case No. 4:21-cv-08943-YGR <br><br> **STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINE UNTIL MARCH 22, 2022 FOR SUBMITTING JOINT STATEMENT ON MAGISTRATE REFERRAL** |

1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SUBMITTING JOINT
STATEMENT ON MAGISTRATE REFERRAL – 4:21-cv-08943-YGR
sf-4756145

WHEREAS, on March 7, 2022, the Court granted the parties' joint request to extend the deadline for submitting a joint statement regarding consent to a magistrate judge for all purposes, in light of time needed to determine who will represent the individual defendants (ECF No.27);

WHEREAS, the representation issues have been resolved and all defendants are now represented by undersigned defense counsel;

WHEREAS, now that the representation issues have been addressed, the parties need a modest amount of additional time to confer with each other on the consent and selection of a Magistrate Judge;

WHEREAS, counsel for the parties will confer on the subject in the coming days and expect to be in a position to submit their joint statement by March 22, 2022;

NOW, THEREFORE, it is hereby stipulated as follows:

The parties will submit the joint statement on or before March 22, 2022.

By entering into this Stipulation, defendants do not waive and expressly reserve all defenses and objections, including those relating to the merits, jurisdiction, and venue.

Dated: March 18, 2022                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/Laurence M. Rosen*
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Kevin Stuart and  Movant Peter Freeman*

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024

2

Telephone: (310) 405-7190
jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Movant Sharon Bernstein*

**THE SCHALL FIRM**
Brian Schall
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
brian@schallfirm.com

*Additional Counsel for Movant Sharon Bernstein*

3

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SUBMITTING JOINT
STATEMENT ON MAGISTRATE REFERRAL – 4:21-cv-08943-YGR

sf-4756145

Dated: March 18,, 2022          MORRISON & FOERSTER LLP


By:   /s/ Jordan Eth
      Jordan Eth, Bar No. 121617
      JEth@mofo.com
      Mark R.S. Foster, Bar No. 223682
      MFoster@mofo.com
      **Morrison & Foerster LLP**
      425 Market Street
      San Francisco, California  94105-2482
      Telephone:      415.268.7000
      Facsimile:      415.268.7522


      William Savitt (*pro hac vice* application forthcoming)
      Akua F. Abu (*pro hac vice* application forthcoming)
      Anitha Reddy (*pro hac vice* application forthcoming)
      **WACHTELL, LIPTON, ROSEN & KATZ**
      51 West 52nd Street
      New York, NY  10019
      Telephone:  (212) 403-1000

      *Attorneys for Defendant Ginkgo Bioworks Holdings, Inc.*
      *F/K/A Soaring Eagle Acquisition Corp., Harry E. Sloan,*
      *Jason Kelly, and Mark Dmytruk*

4

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: March 18, 2022

/s/ Jordan Eth
Jordan Eth

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SUBMITTING JOINT
STATEMENT ON MAGISTRATE REFERRAL – 4:21-cv-08943-YGR
sf-4756145

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the Parties will submit the joint statement on or before March 22.

IT IS SO ORDERED.

Dated: March 18, 2022

_____
Judge Yvonne Gonzalez Rogers

6

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SUBMITTING JOINT
STATEMENT ON MAGISTRATE REFERRAL – 4:21-cv-08943-YGR

sf-4756145