1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| KEVIN STUART, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GINKGO BIOWORKS HOLDINGS, INC. F/K/A SOARING EAGLE ACQUISITION CORP., HARRY E. SLOAN, JASON KELLY, and MARK DMYTRUK,<br><br>    Defendants. | Case No.: 4:21-cv-08943-YGR<br><br>[PROPOSED] ORDER APPOINTING SHARON BERNSTEIN AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL<br><br>** AS AMENDED BY THE COURT **<br><br><u>CLASS ACTION</u> |
|---|---|

**WHEREAS**, the Court has considered the competing motions for Appointment of Lead Plaintiff and Approval of Lead Counsel,

**IT IS HEREBY ORDERED THAT**:

I. **APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

1. Having reviewed all pending motions and accompanying memoranda of law, the Court hereby appoints Sharon Bernstein ("Bernstein") as Lead Plaintiff in the Action. Bernstein satisfies the requirements for Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), as she has the largest financial interest in this litigation.

2. Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained Pomerantz LLP as Lead Counsel for the Class in the Action, who is hereby approved.

3. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate, *inter alia*:

   (a) to coordinate the briefing and argument of motions;

   (b) to coordinate the conduct of discovery proceedings;

   (c) to coordinate the examination of witnesses in depositions;

   (d) to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

   (e) to coordinate all settlement negotiations with counsel for defendants;

   (f) to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

   (g) to supervise any other matters concerning the prosecution, resolution or settlement of this Action.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Plaintiff and Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Plaintiff and Lead Counsel.

5. Counsel in any related action that is consolidated with the Action shall be bound by the organization of plaintiffs' counsel set forth herein.

6. Lead Counsel shall be the contact between plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

7. During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

Accordingly, Sharon Bernstein's motion for appointment as lead plaintiff (Dkt. No. 11) is **GRANTED**. Peter Freeman's motion for appointment as lead plaintiff (Dkt. No. 7) is **DENIED**.

**IT IS SO ORDERED.**

DATED: March 25, 2022

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE