Robert C. Moest, SBN 62166, counsel to
THE BROWN LAW FIRM, P.C.
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
310-915-6628
310-915-9897 (fax)
rmoest@gmail.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN STUART, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GINKGO BIOWORKS HOLDINGS, INC., etc., et al.,<br><br>Defendants. | Case No. 4:21-cv-08943-KAW<br><br>[PROPOSED] ORDER RELATING CASES<br><br>Judge: Kandis A. Westmore<br><br>Date Action Filed: November 18, 2021 |
| NARESH SURI, Derivatively on Behalf of GINKGO BIOWORKS HOLDINGS, INC. f/k/a SOARING EAGLE ACQUISITION CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>JASON KELLY, et al.,<br><br>Defendants. | Case No. 3:22-cv-02080-AGT<br><br>[PROPOSED] ORDER RELATING CASES<br><br>Judge: Magistrate Judge Alex G. Tse.<br><br>Date Action Filed: April 1, 2022 |

An Administrative Motion to Consider Whether Cases Should Be Related (Civ. L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. I find that *Stuart v.*

*Ginkgo Bioworks Holdings, Inc.,* Case No. 4:21-cv-08943-YGR and *Suri v. Kelly*, Case No. 3:22-cv-02080-AGT are related. Both cases are assigned to the Hon. Kandis A. Westmore, Magistrate Judge, for further proceedings.

The parties are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: _____          _____