**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff and the Classes*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KEVIN STUART, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GINKGO BIOWORKS HOLDINGS, INC. F/K/A SOARING EAGLE ACQUISITION CORP., HARRY E. SLOAN, JASON KELLY, and MARK DMYTRUK, <br><br> Defendants. | Case No. 4:21-cv-08943-KAW <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF MARK DMYTRUK PUSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** <br><br> HON. KANDIS A. WESTMORE |

PLEASE TAKE NOTICE that Lead Plaintiff Sharon Bernstein by and through Lead Counsel, hereby dismisses without prejudice Defendant Mark Dmytruk from the above-captioned action (the "Action") pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The Action will continue against the following Defendants who are named in the amended complaint filed on May 26, 2022:

- Ginkgo Bioworks Holdings, Inc., f/k/a Soaring Eagle Acquisition Corp.
- Harry E. Sloan
- Eli Baker
- Scott M. Delman
- Joshua Kazam
- Isaac Lee
- Timothy Leiweke
- Dennis A. Miller
- Laurence A. Paul
- Jason Kelly
- Reshma Shetty
- Arie Belldegrum
- Marijn Dekkers
- Christian Henry
- Reshma Kewalramani
- Shyam Sankar
- Anna Marie Wagner

Dated: May 27, 2022

Respectfully submitted,

POMERANTZ LLP

By:    */s/ Brian P. O'Connell*
Joshua B. Silverman (*pro hac vice*)
Brian O'Connell (SBN 314318)
10 S. LaSalle St., Suite 3505

NOTICE OF VOLUNTARY DISMISSAL
Case No. 4:21-cv-08943-KAW                    1

Chicago, Illinois 60603
Telephone: (312) 377-1181
jbsilverman@pomlaw.com
boconnell@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff and the
Proposed Classes*

**THE SCHALL LAW FIRM**
Brian Schall (SBN 290685)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff
and the Proposed Classes*

NOTICE OF VOLUNTARY DISMISSAL
Case No. 4:21-cv-08943-KAW          2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2022, a copy of the foregoing was filed electronically via the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated:  May 27, 2022

POMERANTZ LLP

By: /s/ Brian P. O'Connell
Brian P. O'Connell

NOTICE OF VOLUNTARY DISMISSAL
Case No. 4:21-cv-08943-KAW                    3