Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
1100 Glendon Avenue
Los Angeles, CA 90024
Phone: 310-405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff and the Class*

[additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN STUART, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GINKGO BIOWORKS HOLDINGS, INC. F/K/A SOARING EAGLE ACQUISITION CORP., HARRY E. SLOAN, JASON KELLY, and MARK DMYTRUK,<br><br>Defendants. | Case No. 4:21-cv-08943-KAW<br><br>**STIPULATION AND ORDER AS MODIFIED REGARDING SECOND AMENDED COMPLAINT** |

On July 12, 2022, the parties conferred on Lead Plaintiff's proposal to file a Second Amended Complaint for the sole purpose of correcting three scrivener's errors in the First Amended Complaint. Clean and redline copies of the proposed Second Amended Complaint are attached hereto.

THEREFORE, SUBJECT TO COURT APPROVAL, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Lead Plaintiff may file a Second Amended Complaint that is substantively identical to the First Amended Complaint for the sole purpose of correcting the scrivener's errors identified in the redline copy attached hereto.

2. The briefing schedule previously entered by the Court as ECF No. 38 with respect to the First Amended Complaint shall apply to the Second Amended Complaint.

3. By entering into this Stipulation, no party waives any arguments, objections, claims or defenses.

Dated: July 13, 2022

POMERANTZ LLP

*/s/ Brian P. O'Connell*

Joshua B. Silverman (pro hac vice application forthcoming)
Brian P. O'Connell (No. 314318)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: jbsilverman@pomlaw.com
        boconnell@pomlaw.com

Attorneys for Lead Plaintiff Sharon Bernstein

Dated: July 13, 2022                              MORRISON & FOERSTER LLP


                                                  By:    */s/ Mark R.S. Foster*
                                                        Jordan Eth
                                                        Mark R.S. Foster


                                                  William Savitt (*pro hac vice* application
                                                  forthcomin*g*)
                                                  Akua F. Abu (*pro hac vice* application
                                                  forthcoming)
                                                  Anitha Reddy (*pro hac vice* application
                                                  forthcoming)
                                                  WACHTELL, LIPTON, ROSEN & KATZ
                                                  51 West 52nd Street
                                                  New York, NY  10019
                                                  Telephone:     (212) 403-1000


                                                  Attorneys for Defendants
                                                  Ginkgo Bioworks Holdings, Inc. F/K/A Soaring
                                                  Eagle Acquisition Corp., Harry E. Sloan, Jason
                                                  Kelly, and Mark Dmytruk

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: July 13, 2022

*/s/ Brian P. O'Connell*
Brian P. O'Connell

## ORDER AS MODIFIIED

PURSUANT TO STIPULATION, IT IS SO ORDERED, Plaintiff shall file the second amended complaint by July 19, 2022.

Date: July 14, 2022

_____
Magistrate Judge Kandis A. Westmore