Jordan Eth (CA SBN 121617)
JEth@mofo.com
Mark R.S. Foster (CA SBN 223682)
MFoster@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522

William Savitt (*pro hac vice* application forthcoming)
Anitha Reddy (*pro hac vice* application forthcoming)
Remy Grosbard (*pro hac vice* application forthcoming)
Akua F. Abu (*pro hac vice* application forthcoming)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SHARON BERNSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GINKGO BIOWORKS HOLDINGS, INC. F/K/A SOARING EAGLE ACQUISITION CORP., HARRY E. SLOAN, ELI BAKER, SCOTT M. DELMAN, JOSHUA KAZAM, ISAAC LEE, TIMOTHY LEIWEKE, DENNIS A. MILLER, LAURENCE E. PAUL, JASON KELLY, RESHMA SHETTY, ARIE BELLDEGRUN, MARIJN DEKKERS, CHRISTIAN HENRY, RESHMA KEWALRAMANI, SHYAM SANKAR, and ANNA MARIE WAGNER,<br><br>Defendants. | Case No.: 4:21-cv-08943-KAW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR CONSIDERATION AND JUDICIAL NOTICE**<br><br>Hearing:  November 17, 2022<br>Time:      1:30 p.m.<br>Court:     TBD<br>Judge:     Hon. Kandis A. Westmore |

**[PROPOSED] ORDER**

This matter came before the Court for hearing on November 17, 2022, at 1:30 p.m., on Defendants' Request for Consideration and Judicial Notice in Support of the Motion to Dismiss the Second Amended Complaint of Defendants Ginkgo Bioworks Holdings, Inc. f/k/a Soaring Eagle Acquisition Corp., Harry E. Sloan, Eli Baker, Scott M. Delman, Joshua Kazam, Isaac Lee, Timothy Leiweke, Dennis A. Miller, Laurence E. Paul, Jason Kelly, Reshma Shetty, Arie Belldegrun, Marijn Dekkers, Christian Henry, Reshma Kewalramani, Shyam Sankar, and Anna Marie Wagner.  Having considered the papers and arguments submitted in support thereof, and in opposition thereto, and good cause appearing, it is accordingly **ORDERED** that Defendants' Request for Consideration and Judicial Notice is **GRANTED**.

DATED: _____        _____

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE