Bᴏᴛᴛɪɴɪ & Bᴏᴛᴛɪɴɪ, ɪɴᴄ.
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:    (858) 914-2001
Facsimile:    (858) 914-2002
E-mail:        fbottini@bottinilaw.com
              achang@bottinilaw.com

*Attorneys for Plaintiff Weining Hu*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KEVIN STUART, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GINKGO BIOWORKS HOLDINGS, INC., *et al.*,<br><br>Defendants. | Case No. 4:21-cv-8943-KAW<br><br>Class Action<br><br>**Administrative Motion to Consider Whether Cases Should be Related**<br><br>(Civil L.R. 3-12 and 7-11)<br><br>Judge: Honorable Kandis A. Westmore |
| NARESH SURI, Derivatively on Behalf of GINKGO BIOWORKS HOLDINGS, INC. f/k/a SOARING EAGLE ACQUISITION CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>JASON KELLY, *et al.*,<br><br>Defendants.<br><br>- and –<br><br>GINKGO BIOWORKS HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 4:22-cv-2080-KAW<br><br>Judge: Honorable Kandis A. Westmore |
| WEINING HU, derivatively on behalf of GINKGO BIOWORKS HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ELI BAKER, *et al.*,<br><br>Defendants,<br><br>- and –<br><br>GINKGO BIOWORKS HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 4:23-cv-02077-DMR<br><br>Judge: Honorable Donna M. Ryu |

Pursuant to Civ. L.R. 3-12, Plaintiff Weining Hu respectfully requests that this Court deem her action, *Hu v. Baker*, No. 4:23-cv-2077-DMR ("*Hu*"), related to *Stuart v. Ginkgo Bioworks Holdings, Inc.*, No. 4:21-cv-8943-KAW ("*Stuart*"), and *Suri v. Kelly*, No. 4:22-cv-2080-KAW ("*Suri*").

Actions are related when: (1) they "concern substantially the same parties, property, transaction or event;" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Civ. L.R. 3-12(a).

Both criteria are met here.  The allegations at issue in *Hu* concern substantially the same parties and events as those at issue in *Stuart* and *Suri*.  *Stuart* is a securities class action alleging wrongdoing in connection with certain public statements issued by Ginkgo Bioworks from May 2021 to September 2021.  *Hu* is a derivative action brought on behalf of nominal defendant Ginkgo Bioworks Holdings, Inc., involving many of the same public statements, as well as related facts against overlapping defendants.  *See* Declaration of Francis A. Bottini, Jr. in Support of Administrative Motion to Determine Whether Cases Should be Related ("Bottini Decl."), ¶3.  For example, Harry E. Sloan and Jason Kelly are named as defendants in *Hu*, *Stuart* and *Suri*.  *Id*.  As a result of the foregoing, the three cases are necessarily related and will require coordination.

Given that *Hu*, *Stuart* and *Suri* involve substantially similar parties, facts, and events, there will be an unduly burdensome duplication of labor and expense, and potentially inconsistent results, if the cases were to be conducted before different judges. Bottini Decl., ¶4.

Accordingly, relating these actions will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil Local Rule 3-12(a).  For this reason, securities class actions and derivative suits involving the same Company are routinely deemed related and assigned to a single judge.

Plaintiff Hu has conferred with Defendants' counsel regarding this motion and they have indicated that they do not oppose the relief sought in the motion.  Bottini Decl., ¶5.

A proposed order relating the Actions is filed herewith.  For all the foregoing reasons, Plaintiff Weining Hu respectfully requests that this Court enter an order relating *Hu* to *Stuart* and *Suri*.

Dated:  May 22, 2023

Respectfully submitted,

BOTTINI & BOTTINI, INC.

*s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr.

Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002
Email:        fbottini@bottinilaw.com
                 achang@bottinilaw.com

*Attorney for Plaintiff Weining Hu*