BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:    (858) 914-2001
Facsimile:    (858) 914-2002
E-mail:        fbottini@bottinilaw.com
                achang@bottinilaw.com

*Attorneys for Plaintiff Weining Hu*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KEVIN STUART, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GINKGO BIOWORKS HOLDINGS, INC.*, et al.*,<br><br>Defendants. | Case No. 4:21-cv-8943-KAW<br><br>Class Action<br><br>**Declaration of Francis A. Bottini, Jr. in Support of Administrative Motion to Consider Whether Cases Should be Related**<br><br>(Civil L.R. 3-12 and 7-11)<br><br>Judge: Honorable Kandis A. Westmore |
| NARESH SURI, Derivatively on Behalf of GINKGO BIOWORKS HOLDINGS, INC. f/k/a SOARING EAGLE ACQUISITION CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>JASON KELLY, *et al.*,<br><br>Defendants.<br><br>– and –<br><br>GINKGO BIOWORKS HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 4:22-cv-2080-KAW<br><br>Judge: Honorable Kandis A. Westmore |
| WEINING HU, derivatively on behalf of GINKGO BIOWORKS HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ELI BAKER, *et al.*,<br><br>Defendants,<br><br>– and –<br><br>GINKGO BIOWORKS HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 4:23-cv-02077-DMR<br><br>Judge:  Honorable Donna M. Ryu |

| | |
|---|---|
| Declaration of Francis A. Bottini, Jr. in Support of Administrative Motion to Consider Whether Cases Should be Related | Case Nos. 4:23-cv-2077-DMR<br>4:22-cv-2080-KAW<br>4:21-cv-8943-KAW |

Francis A. Bottini, Jr. declares:

1. I am a partner at Bottini & Bottini, Inc., counsel for Weining Hu.

2. I have reviewed the complaints in *Hu v. Baker,* No. 4:23-cv-2077-DMR *("Hu"),* *Stuart v. Ginkgo Bioworks Holdings, Inc.,* No. 4:21-cv-8943-KAW *("Stuart"),* and *Suri v. Kelly,* No. 4:22-cv-2080-KAW *("Suri").* The complaints demonstrate that (1) the three matters "concern substantially the same parties, property, transaction or event;" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." *See* Civ. Local R. 3-12(a).

3. The allegations at issue in *Hu* concern substantially similar parties and events as those at issue in *Stuart* and *Suri.* *Stuart* is a securities class action alleging wrongdoing in connection with certain public statements issued from May 2021 to September 2021. *Hu* is a derivative action brought on behalf of nominal defendant Ginkgo Bioworks Holdings, Inc., involving many of the same public statements and facts and overlapping defendants. For example, Harry E. Sloan and Jason Kelley are named as defendants in *Hu*, *Stuart* and *Suri.* As a result of the foregoing, the three cases are necessarily related and will require coordination.

4. Given that *Hu*, *Stuart* and *Suri* involve substantially similar parties, statements, and events, there will be an unduly burdensome duplication of labor and expense, and potentially inconsistent results, if the cases were to be conducted before different judges. Accordingly, relating these actions will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil Local Rule 3-12(a).

5. I have conferred with Defendants' counsel regarding this motion and they have indicated that they do not oppose the relief sought in the motion.

Declaration of Francis A. Bottini, Jr. in Support of          1          Case Nos. 4:23-cv-02077-DMR
Administrative Motion to Consider Whether                                            4:22-cv-02080-KAW
Cases Should Be Related                                                                      4:21-cv-08943-KAW

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 22nd day of May, 2023 in La Jolla, California.

*s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr.

Declaration of Francis A. Bottini, Jr. in Support of        2              Case Nos. 4:23-cv-02077-DMR
Administrative Motion to Consider Whether                                   4:22-cv-02080-KAW
Cases Should Be Related                                                     4:21-cv-08943-KAW