BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:    (858) 914-2001
Facsimile:    (858) 914-2002
E-mail:        fbottini@bottinilaw.com
              achang@bottinilaw.com

*Attorneys for Plaintiff Weining Hu*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KEVIN STUART, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GINKGO BIOWORKS HOLDINGS, INC., *et al.*,<br><br>Defendants. | Case No. 4:21-cv-8943-KAW<br><br>Class Action<br><br>**[Proposed] Order Granting Administrative Motion to Consider Whether Cases Should be Related**<br><br>(Civil L.R. 3-12 and 7-11)<br><br>Judge: Honorable Kandis A. Westmore |
| NARESH SURI, Derivatively on Behalf of GINKGO BIOWORKS HOLDINGS, INC. f/k/a SOARING EAGLE ACQUISITION CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>JASON KELLY, *et al.*,<br><br>Defendants.<br><br>- and –<br><br>GINKGO BIOWORKS HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 4:22-cv-2080-KAW<br><br>Judge: Honorable Kandis A. Westmore |
| WEINING HU, derivatively on behalf of GINKGO BIOWORKS HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ELI BAKER, *et al.*,<br><br>Defendants,<br><br>– and –<br><br>GINKGO BIOWORKS HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 4:23-cv-02077-DMR<br><br>Judge:  Honorable Donna M. Ryu |

[Proposed] Order on Administrative
Motion to Consider Whether
Cases Should be Related

Case Nos. 4:23-cv-2077-DMR
4:22-cv-2080-KAW
4:21-cv-8943-KAW

An Administrative Motion to Consider Whether Cases Should Be Related (Civ. L.R. 3-12) has been filed.  I find that *Hu v. Baker*, Case No. 4:23-cv-2077-DMR; *Stuart v. Ginkgo Bioworks Holdings, Inc.*, Case No. 4:21-cv-8943-KAW and *Suri v. Kelly*, Case No. 4:22-cv-2080-KAW are related.  The case of *Hu v. Baker*, Case No. 4:23-cv-2077-DMR shall be reassigned to the Honorable Kandis A. Westmore, Magistrate Judge, for further proceedings.

The parties are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED**.


Dated: _____                    _____
                                                  Honorable Kandis A. Westmore