BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:    (858) 914-2001
Facsimile:    (858) 914-2002
E-mail:        fbottini@bottinilaw.com
              achang@bottinilaw.com

*Attorneys for Plaintiff Weining Hu*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KEVIN STUART, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>            vs.<br><br>GINKGO BIOWORKS HOLDINGS, INC., *et al.*,<br><br>                              Defendants. | Case No. 4:21-cv-8943-KAW<br><br>Class Action<br><br>**Proof of Service**<br><br><br>Judge:  Honorable Kandis A. Westmore |
| NARESH SURI, Derivatively on Behalf of GINKGO BIOWORKS HOLDINGS, INC. f/k/a SOARING EAGLE ACQUISITION CORP.,<br><br>                              Plaintiff,<br><br>            vs.<br><br>JASON KELLY, *et al.*,<br><br>                              Defendants.<br><br>            - and –<br><br>GINKGO BIOWORKS HOLDINGS, INC.,<br><br>                              Nominal Defendant. | Case No. 4:22-cv-2080-KAW<br><br>Judge: Honorable Kandis A. Westmore |
| WEINING HU, derivatively on behalf of GINKGO BIOWORKS HOLDINGS, INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>            vs.<br><br>ELI BAKER, *et al.*,<br><br>                              Defendants,<br><br>            - and –<br><br>GINKGO BIOWORKS HOLDINGS, INC.,<br><br>                              Nominal Defendant. | Case No. 4:23-cv-02077-DMR<br><br>Judge:  Honorable Donna M. Ryu |

Proof of Service

Case Nos. 4:23-cv-2077-DMR
4:22-cv-2080-KAW
4:21-cv-8943-KAW

I am employed in the County of San Diego.  I am over the age of eighteen years and am not a party to the above-captioned action.  My business address is 7817 Ivanhoe Avenue, Suite 102, La Jolla, CA 92037.

On May 22, 2023, I served copies of the following:

**Administrative Motion to Consider Whether Cases Should Be Related;**

**Declaration of Francis A. Bottini, Jr. in Support of Administrative Motion to Consider Whether Cases Should Be Related; and**

**[Proposed] Order Granting Administrative Motion to Consider Whether Cases Should Be Related.**

on the following parties by electronic transmission to the e-mail addresses below:

Graham W. Meli
Anitha Reddy
Akua F. Abu
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Email: gwmeli@wlrk.com
        areddy@wlrk.com
        afabu@wlrk.com

Jordan Eth
David J. Wiener
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Email: jeth@mofo.com
        dwiener@mofo.com

*Attorneys for Defendants*

Proof of Service                                          1                          Case Nos. 4:23-cv-02077-DMR
                                                                                              4:22-cv-2080-KAW
                                                                                              4:21-cv-08943-KAW

Jennifer Pafiti
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

Brian O'Connell
Joshua B. Silverman
POMERANTZ LLP
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 881-4859
Email: boconnell@pomlaw.com
       jbsilverman@pomlaw.com

*Attorneys for Lead Plaintiff Sharon Bernstein in
Stuart v. Ginkgo Bioworks Holdings, Inc.,
Case No: 4:21-cv-8943-KAW*

Robert Charles Moest
THE BROWN LAW FIRM, P.C.
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Email: rmoest@aol.com

Timothy Brown
THE BROWN LAW FIRM, P.C.
767 Third Avenue, Suite 2501
New York, New York 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff Naresh Suri in
Suri v. Kelly, Case No. 4:22-cv-2080-KAW*

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 22, 2023, in La Jolla, California.

                                    *s/ Francis A. Bottini, Jr.*
                                    Francis A. Bottini, Jr.

Proof of Service                    **2**                    Case Nos. 4:23-cv-02077-DMR
                                                             4:22-cv-2080-KAW
                                                             4:21-cv-08943-KAW