BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

*Attorneys for Plaintiff Eric Bowers*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KEVIN STUART, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GINKGO BIOWORKS HOLDINGS, INC., *et al*.,<br><br>Defendants. | Case No. 4:21-cv-8943-KAW<br><br>Class Action<br><br>**Administrative Motion to Consider Whether Cases Should be Related**<br><br>(Civil L.R. 3-12 and 7-11)<br><br>Judge: Honorable Kandis A. Westmore |
| WEINING HU, derivatively on behalf of GINKGO BIOWORKS HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELI BAKER, *et al*.,<br><br>Defendants,<br><br>– and –<br><br>GINKGO BIOWORKS HOLDINGS, INC., Nominal Defendant. | Case No. 4:23-cv-02077-DMR<br><br>Judge: Honorable Donna M. Ryu |

[Caption continues on next page]

ADMINISTRATIVE MOTION TO
CONSIDER  WHETHER CASES
SHOULD BE RELATED

Case Nos. 4:21-cv-08943-KAW
4:23-cv-02077-DMR
4:22-cv-02080-KAW
4:23-cv-02127-YGR

| | |
|---|---|
| NARESH SURI, Derivatively on Behalf of GINKGO BIOWORKS HOLDINGS, INC. f/k/a SOARING EAGLE ACQUISITION CORP., | Case No. 4:22-cv-2080-KAW |
| Plaintiff, | Judge: Honorable Kandis A. Westmore |
| v. | |
| JASON KELLY, *et al*., | |
| Defendants. | |
| - and – | |
| GINKGO BIOWORKS HOLDINGS, INC., | |
| Nominal Defendant. | |
| ERIC BOWERS, Derivatively on Behalf of Nominal Defendant GINKGO BIOWORKS HOLDINGS, INC., | Case No. 4:23-cv-02127-YGR |
| | Judge: Honorable Yvonne Gonzalez Rogers |
| Plaintiff, | |
| v. | |
| JASON KELLY, et al. | |
| Defendants, | |
| -and- | |
| GINKGO BIOWORKS HOLDINGS, INC., | |
| Nominal Defendant. | |

ADMINISTRATIVE MOTION TO
CONSIDER  WHETHER CASES
SHOULD BE RELATED

Case Nos. 4:21-cv-08943-KAW
4:23-cv-02077-DMR
4:22-cv-02080-KAW
4:23-cv-02127-YGR

Plaintiff Eric Bowers, in the action *Bowers v. Kelly, et al.*, Case No. 4:23-cv-02127-YGR ("*Bowers*"), respectfully requests that the Court deem *Bowers* related to *Stuart v. Ginkgo Bioworks Holdings, Inc.*, Case No. 4:21-cv-8943-KAW ("*Stuart*"), *Suri v. Kelly, et al.*, Case No. 4:22-cv-2080-KAW ("*Suri*"), and *Hu v. Kelly, et al.*, Case No. 4:23-cv-02077-DMR ("*Hu*") (collectively, the "Related Actions").

Civ. L.R. 3-12(a) provides that actions are deemed related when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2)  It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

*Id.*

Here, the Related Actions satisfy the requirements of Civ. L.R. 3-12(a) because they assert claims against substantially the same parties arising from substantially the same events and transactions. *Stuart* is a class action alleging violation of the federal securities laws by Ginkgo Bioworks Holdings, Inc. ("Ginkgo" or the "Company"), as well as defendants Jason Kelly ("Kelly") and Harry E. Sloan ("Sloan"). *Bowers*, *Suri*, and *Hu* are shareholder derivative actions alleging that Kelly, Sloan, and others breached the fiduciary duties they owe to Ginkgo and its shareholders in connection with, *inter alia*, the same statements that are alleged to be materially false and misleading in *Stuart*. *See* Declaration of Timothy J. MacFall in Support of Administrative Motion to Determine Whether Cases Should be Related ("MacFall Decl."), ¶¶ 2-3.

Plaintiff Bowers respectfully submits that the overlap of parties and factual issues among these actions warrants coordination before a single judge. Otherwise, litigation of the actions may result in unwarranted duplication of judicial effort, waste of resources, and possibly inconsistent results. Indeed, Orders administratively relating *Stuart, Suri*, and *Hu* have been entered in *Suri* and *Hu* on June 5, 2023. MacFall Decl., ¶ 4. Counsel for Plaintiff Bowers has conferred with counsel for Defendants regarding this motion and they indicate that they do not oppose the relief sought herein.  MacFall Decl., ¶ 5.

For all the foregoing reasons, Plaintiff Bowers respectfully requests the Court enter the proposed order submitted herewith, administratively relating *Bowers* to *Stuart*, *Suri*, and *Hu*.

Dated: June 7, 2023

Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/ Rachele R. Byrd*
Betsy C. Manifold (182450)
Rachele R. Byrd (190634)
Alex J. Tramontano (276666)
Ferdeza Zekiri (335507)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: 516/683-3516
Facsimile: 302/564-7530
tjm@rl-legal.com

*Attorneys for Plaintiff Eric Bowers*