BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

*Attorneys for Plaintiff Eric Bowers*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KEVIN STUART, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GINKGO BIOWORKS HOLDINGS, INC., *et al*.,<br><br>    Defendants. | Case No. 4:21-cv-8943-KAW<br><br>Class Action<br><br>**Declaration of Timothy J. MacFall in Support of Administrative Motion to Consider Whether Cases Should be Related**<br><br>(Civil L.R. 3-12 and 7-11)<br><br>Judge: Honorable Kandis A. Westmore |
| WEINING HU, derivatively on behalf of GINKGO BIOWORKS HOLDINGS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ELI BAKER, *et al*.,<br><br>    Defendants,<br><br>  – and –<br><br>GINKGO BIOWORKS HOLDINGS, INC., **Nominal Defendant.** | Case No. 4:23-cv-02077-DMR<br><br>Judge:  Honorable Donna M. Ryu |

[Caption continues on next page]

DECLARATION OF TIMOTHY J. MACFALL IN SUPPORT      Case Nos. 4:21-cv-08943-KAW
OF ADMINISTRATIVE MOTION TO CONSIDER         4:23-cv-02077-DMR
WHETHER CASES SHOULD BE RELATED          4:22-cv-02080-KAW
                            4:23-cv-02127-YGR

| | |
|---|---|
| NARESH SURI, Derivatively on Behalf of GINKGO BIOWORKS HOLDINGS, INC. f/k/a SOARING EAGLE ACQUISITION CORP., | Case No. 4:22-cv-2080-KAW |
| Plaintiff, | Judge: Honorable Kandis A. Westmore |
| v. | |
| JASON KELLY, *et al*., | |
| Defendants. | |
| - and – | |
| GINKGO BIOWORKS HOLDINGS, INC., | |
| Nominal Defendant. | |
| ERIC BOWERS, Derivatively on Behalf of Nominal Defendant GINKGO BIOWORKS HOLDINGS, INC., | Case No. 4:23-cv-02127-YGR |
| Plaintiff, | Judge:  Honorable Yvonne Gonzalez Rogers |
| v. | |
| JASON KELLY, et al. | |
| Defendants, | |
| -and- | |
| GINKGO BIOWORKS HOLDINGS, INC., | |
| Nominal Defendant. | |

TIMOTHY J. MACFALL hereby declares, under penalty of perjury, that:

1.    I am a member of the law firm Rigrodsky Law, P.A., counsel for plaintiff Eric Bowers in the action *Bowers v. Kelly, et al.*, Case No. 4:23-cv-02127-YGR ("*Bowers*").

2.    I have reviewed the complaints filed in the actions *Stuart v. Ginkgo Bioworks Holdings, Inc.*, Case No. 4:21-cv-8943-KAW ("*Stuart*"), *Suri v. Kelly, et al.*, Case No. 4:22-cv-2080-KAW ("*Suri*"), and *Hu v. Kelly, et al.*, Case No. 4:23-cv-02077-DMR ("*Hu*"). The complaints in these actions and *Bowers* involve overlapping parties and arise from the same nexus of operative facts.

3.    *Stuart* is a class action which alleges violations of the federal securities laws by Ginkgo Bioworks Holdings, Inc. ("Ginkgo" or the "Company"), as well as defendants Jason Kelly ("Kelly") and Harry E. Sloan ("Sloan"). Like *Bowers*, *Suri* and *Hu* are shareholder derivative actions alleging that Kelly, Sloan, and others breached the fiduciary duties they owe to Ginkgo and its shareholders in connection with, *inter alia*, the same statements that are alleged to be materially false and misleading in *Stuart*.

4.    The overlap of parties and factual issues among these actions warrants coordination before a single judge. Otherwise, litigation of the actions may result in unwarranted duplication of judicial effort, waste of resources, and possibly inconsistent results. Indeed, Orders administratively relating *Stuart, Suri,* and *Hu* have been entered in *Suri* (Case No. 4:22-cv-2080-KAW, Dkt. No. 23) and *Hu* (4:23-cv-02077-DMR, Dkt. No. 9) on June 5, 2023.

5.    I have conferred with counsel for Defendants regarding this motion and they indicate that they do not oppose the relief sought herein.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 7th day of June, 2023.

_____
Timothy J. MacFall