BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

*Attorneys for Plaintiff Eric Bowers*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KEVIN STUART, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GINKGO BIOWORKS HOLDINGS, INC., *et al.*,<br><br>Defendants. | Case No. 4:21-cv-8943-KAW<br><br>Class Action<br><br>**Certificate of Service re Administrative Motion to Consider Whether Cases Should be Related**<br><br>(Civil L.R. 3-12 and 7-11)<br><br>Judge: Honorable Kandis A. Westmore |
| WEINING HU, derivatively on behalf of GINKGO BIOWORKS HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELI BAKER, *et al.*,<br><br>Defendants,<br><br>– and –<br><br>GINKGO BIOWORKS HOLDINGS, INC., Nominal Defendant. | Case No. 4:23-cv-02077-DMR<br><br>Judge:  Honorable Donna M. Ryu |

[Caption continues on next page]

| | |
|---|---|
| CERTIFICATE OF SERVICE RE<br>ADMINISTRATIVE MOTION TO<br>CONSIDER  WHETHER CASES<br>SHOULD BE RELATED | Case Nos. 4:21-cv-08943-KAW<br>4:23-cv-02077-DMR<br>4:22-cv-02080-KAW<br>4:23-cv-02127-YGR |

| | |
|---|---|
| NARESH SURI, Derivatively on Behalf of GINKGO BIOWORKS HOLDINGS, INC. f/k/a SOARING EAGLE ACQUISITION CORP., | Case No. 4:22-cv-2080-KAW<br><br>Judge: Honorable Kandis A. Westmore |
| Plaintiff, | |
| v. | |
| JASON KELLY, *et al*., | |
| Defendants. | |
| - and – | |
| GINKGO BIOWORKS HOLDINGS, INC., | |
| Nominal Defendant. | |
| ERIC BOWERS, Derivatively on Behalf of Nominal Defendant GINKGO BIOWORKS HOLDINGS, INC., | Case No. 4:23-cv-02127-YGR<br><br>Judge:  Honorable Yvonne Gonzalez Rogers |
| Plaintiff, | |
| v. | |
| JASON KELLY, et al. | |
| Defendants, | |
| -and- | |
| GINKGO BIOWORKS HOLDINGS, INC., | |
| Nominal Defendant. | |

CERTIFICATE OF SERVICE RE
ADMINISTRATIVE MOTION TO
CONSIDER  WHETHER CASES
SHOULD BE RELATED

Case Nos. 4:21-cv-08943-KAW
4:23-cv-02077-DMR
4:22-cv-02080-KAW
4:23-cv-02127-YGR

## CERTIFICATE OF SERVICE

I, Elle Chaseton, the undersigned, do declare as follows:

I am a resident of the County of San Diego; I am over the age of 18 years, and not a party to, or have any interest in, this legal action; and my business address is 750 B Street, Suite 1820, San Diego, California 92101.

On June 07, 2023, I served the following documents:
- **Administrative Motion to Consider Whether Cases Should be Related**
- **Declaration of Timothy J. MacFall in Support of Administrative Motion to Consider Whether Cases Should be Related**
- **[Proposed] Order Granting Administrative Motion to Consider Whether Cases Should be Related**

(XX) VIA ELECTRONIC MAIL –I transmitted the foregoing document(s) electronically to the email address(es) set forth on the below in a .pdf format at their respective electronic mailbox addresses.

**4:22-cv-02080-KAW** *Suri v. Kell***y**
Timothy Brown
The Brown Law Firm, P.C.
767 Third Avenue, Suite 2501
New York, NY 10017
tbrown@thebrownlawfirm.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 7, 2023, at San Diego, California.

*/s/ Elle Chaseton*
ELLE CHASETON

CERTIFICATE OF SERVICE RE ADMINISTRATIVE
MOTION TO CONSIDER  WHETHER CASES SHOULD
BE RELATED

1

Case Nos. 4:21-cv-08943-KAW
4:23-cv-02077-DMR
4:22-cv-02080-KAW
4:23-cv-02127-YGR