BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

*Attorneys for Plaintiff Eric Bowers*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KEVIN STUART, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GINKGO BIOWORKS HOLDINGS, INC., *et al.*, <br><br> Defendants. | Case No. 4:21-cv-8943-KAW <br><br> Class Action <br><br> **Order Granting Administrative Motion to Consider Whether Cases Should be Related** <br><br> (Civil L.R. 3-12 and 7-11) <br><br> Judge: Honorable Kandis A. Westmore |
| WEINING HU, derivatively on behalf of GINKGO BIOWORKS HOLDINGS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ELI BAKER, *et al.*, <br><br> Defendants, <br><br> – and – <br><br> GINKGO BIOWORKS HOLDINGS, INC., Nominal Defendant. | Case No. 4:23-cv-02077-DMR <br><br> Judge:  Honorable Donna M. Ryu |

[Caption continues on next page]

ORDER GRANTING  ADMINISTRATIVE
MOTION TO CONSIDER  WHETHER CASES
SHOULD BE RELATED

Case Nos. 4:21-cv-08943-KAW
4:22-cv-02080-KAW
4:23-cv-02077-DMR
4:23-cv-02127-YGR

| | |
|---|---|
| NARESH SURI, Derivatively on Behalf of GINKGO BIOWORKS HOLDINGS, INC. f/k/a SOARING EAGLE ACQUISITION CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON KELLY, *et al*.,<br><br>    Defendants.<br><br>    - and –<br><br>GINKGO BIOWORKS HOLDINGS, INC.,<br><br>    Nominal Defendant. | Case No. 4:22-cv-2080-KAW<br><br>Judge: Honorable Kandis A. Westmore |
| ERIC BOWERS, Derivatively on Behalf of Nominal Defendant GINKGO BIOWORKS HOLDINGS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON KELLY, et al.<br><br>    Defendants,<br><br>    -and-<br><br>GINKGO BIOWORKS HOLDINGS, INC.,<br><br>    Nominal Defendant. | Case No. 4:23-cv-02127-YGR<br><br>Judge:  Honorable Yvonne Gonzalez Rogers |

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED

Case Nos. 4:21-cv-08943-KAW
4:22-cv-02080-KAW
4:23-cv-02077-DMR
4:23-cv-02127-YGR

An Administrative Motion to Consider Whether Cases Should Be Related (Civ. L.R. 3-12) has been filed.  I find that *Bowers v. Kelly et al.*, Case No. 4:23-cv-02127-YGR; *Stuart v. Ginkgo Bioworks Holdings, Inc.*, Case No. 4:21-cv-8943-KAW; *Hu v. Baker*, Case No. 4:23-cv-2077-DMR; and *Suri v. Kelly*, Case No. 4:22-cv-2080-KAW are related.  *Bowers v. Kelly et al.*, Case No. 4:23-cv-02127-YGR and *Hu v. Baker*, Case No. 4:23-cv-2077-DMR shall be reassigned to the Honorable Kandis A. Westmore, Magistrate Judge, for further proceedings.

The parties are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: June 26, 2023

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING
ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES
SHOULD BE RELATED

1

Case Nos.: 4:21-cv-08943-KAW
4:22-cv-02080-KAW
4:23-cv-02077-DMR
4:23-cv-02127-YGR