# Exhibit B

Plaintiff's Second Set of
Requests for the Production of
Documents

Three Pages: Caption Page,
Pages 8-9

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff and the*
*Proposed Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

SHARON BERNSTEIN, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

GINKGO BIOWORKS HOLDINGS, INC., et al.,

Defendants.

Case No: 4:21-cv-08943-KAW

**LEAD PLAINTIFF'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO EACH DEFENDANT**

HON. KANDIS A. WESTMORE

confusion You may have and You may produce documents as required on the response date.

## RELEVANT TIME PERIOD

Unless otherwise indicated, the time period covered by these Requests is from January 1, 2020 through May 26, 2022 (the "Relevant Time Period"). If, however, information generated prior to or after the Relevant Time Period is necessary for a correct or complete understanding of these Document Requests, the Documents shall be disclosed. To the extent any Request uses the phrase "at any time," "without regard to the Relevant Time Period" or otherwise indicates that this time period does not apply, the Request is not limited by this time period. If any Document is undated and the Date of its preparation cannot be determined, the Document shall be disclosed if otherwise responsive to these Document Requests.

## DOCUMENT REQUESTS

1.    All Documents and Communications sufficient to Identify Your organizational structure and management hierarchy.

2.    All Documents and Communications Concerning the organizational structure and management hierarchy of Related Parties of Ginkgo.

3.    All Documents and Communications Concerning the employment of Individual Defendants, current or former employees, contractors, subcontractors, and/or freelancers of Ginkgo by Related Parties of Ginkgo, and/or Concerning Individual Defendants, or current or former employees, contractors, subcontractors, or freelancers of Ginkgo working at Related Parties as contractors, subcontractors or freelancers.

4.    All Documents and Communications Concerning Individual Defendants or Ginkgo employees, board members, contractors, subcontractors, or freelancers serving on the board of directors at Related Parties.

5.    All Documents and Communications Concerning Ginkgo's Customers leasing from or sharing office space with Ginkgo.

6.    All Documents and Communications Concerning Ginkgo's development of heme proteins on behalf of Motif from January 1, 2019 to May 26, 2022.

7.    All Documents and Communications produced, formally or informally, by Defendants in any patent infringement lawsuit Concerning Motif from January 1, 2022, to the date of these document requests.

8.    All Documents and Communications produced, formally or informally, in any Derivative Action from January 1, 2022, to the date of these document requests.

9.    All Documents and Communications between the Investor Entities and any Defendant Concerning the investments by the Investor Entities in Ginkgo, in the Related Parties, or in funds affiliated with Ginkgo, including but not limited to the Ferment Consortium.

Dated: June 9, 2023

By:    */s/ Brian P. O'Connell*
Joshua B. Silverman (*pro hac vice*)
Brian O'Connell (SBN 314318)
**POMERANTZ LLP**
10 S. LaSalle St., Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
jbsilverman@pomlaw.com
boconnell@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff and the Proposed Classes*

**THE SCHALL LAW FIRM**
Brian Schall (SBN 290685)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff and the Proposed Classes*

9