BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

*Counsel for Plaintiff Eric Bowers*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN STUART, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GINKGO BIOWORKS HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 4:21-cv-8943-KAW<br><br>**PLAINTIFF ERIC BOWERS' UNOPPOSED ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Honorable Kandis A. Westmore |

PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO
CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 4:21-cv-8943-KAW, 4:23-cv-02077-KAW, 3:23-cv-05396-AGT

| | |
|---|---|
| WEINING HU, derivatively on behalf of GINKGO BIOWORKS HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELI BAKER, *et al*.,<br><br>Defendants,<br>and<br><br>GINKGO BIOWORKS HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 4:23-cv-02077-KAW<br><br>Judge: Honorable Kandis A. Westmore |
| ERIC BOWERS, Derivatively on Behalf of Nominal Defendant GINKGO BIOWORKS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JASON KELLY, *et al*.<br><br>Defendants,<br><br>-and-<br><br>GINKGO BIOWORKS HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 3:23-cv-05396-AGT<br><br>Judge: Honorable Alex G. Tse |

PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 4:21-cv-8943-KAW, 4:23-cv-02077-KAW, 3:23-cv-05396-AGT

1.      Pursuant to Civil L.R. 3-12, Plaintiff Eric Bowers moves this court to consider whether the above captioned cases, *Stuart v. Ginkgo Bioworks Holdings, Inc..*, Case No. 4:21-cv-08943-KAW, *Hu v. Baker, et al.*, Case No. 4:23-cv-02077-KAW, and *Bowers v. Kelly, et al.*, Case No. 3:23-cv-05396-AGT (collectively, the "Related Actions"), should be related.

2.      Consistent with the requirements of Civil L.R. 3-12(a), the Related Actions concern substantially similar parties and arise from the same underlying facts and circumstances. Further, it appears there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

3.      The Related Actions are (a) a securities class action (the "Securities Class Action") brought on behalf of investors of Ginkgo Bioworks Holdings, Inc. ("Ginkgo"); and (b) two related shareholder derivative actions, the *Hu* action (the "Demand Futility Action") and the *Bowers* action (the "Demand Refused Action"), both brought on behalf of Ginkgo against substantially the same Ginkgo officers and directors. The Related Actions all allege violations of the Securities Exchange Act of 1934, and the Demand Futility Action and Demand Refused Action also allege breach of fiduciary duty, among other causes of action, based on the same underlying conduct.

4.      The Court previously approved a motion to relate the Securities Class Action and the Demand Futility Action.

5.      Counsel for plaintiff Hu in the Demand Futility Action and Counsel for Defendants have indicated they do not oppose the Motion.

6.      In accordance with Civil L.R. 3-12(b), a courtesy copy of this Administrative Motion has been lodged with Judges assigned to the *Stuart* and *Hu* actions.

7.      To the extent necessary, Plaintiff Eric Bowers respectfully requests that the Derivative Action be transferred to Your Honor, the Honorable Kandis A. Westmore.

DATED:        November 14, 2023        **WOLF HALDENSTEIN ADLER**
                                       **FREEMAN & HERZ LLP**

                                       */s/ Rachele R. Byrd*
                                       RACHELE R. BYRD

                                       BETSY C. MANIFOLD (182450)
                                       RACHELE R. BYRD (190634)
                                       ALEX J. TRAMONTANO (276666)
                                       FERDEZA ZEKIRI (335507)
                                       750 B Street, Suite 1820
                                       San Diego, CA 92101
                                       Telephone: (619) 239-4599
                                       Facsimile: (619) 234-4599
                                       manifold@whafh.com
                                       byrd@whafh.com
                                       tramontano@whafh.com
                                       zekiri@whafh.com

                                       *Attorneys for Plaintiff in the Bowers Action*

30171