BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

*Counsel for Plaintiff Eric Bowers*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN STUART, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GINKGO BIOWORKS HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 4:21-cv-8943-KAW<br><br>**DECLARATION OF RACHELE R. BYRD IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**<br><br>Judge: Honorable Kandis A. Westmore |

| | |
|---|---|
| WEINING HU, derivatively on behalf of GINKGO BIOWORKS HOLDINGS, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br> v.<br><br>ELI BAKER, *et al.*,<br><br>     Defendants,<br><br>  and<br><br>GINKGO BIOWORKS HOLDINGS, INC.,<br><br>     Nominal Defendant. | Case No. 4:23-cv-02077-KAW<br><br>Judge: Honorable Kandis A. Westmore |
| ERIC BOWERS, Derivatively on Behalf of Nominal Defendant GINKGO BIOWORKS HOLDINGS, INC.,<br><br>     Plaintiff,<br><br>  vs.<br><br>JASON KELLY, *et al*.<br><br>     Defendants,<br><br>  -and-<br><br>GINKGO BIOWORKS HOLDINGS, INC.,<br><br>     Nominal Defendant. | Case No. 3:23-cv-05396-AGT<br><br>Judge: Honorable Alex G. Tse |

I, Rachele R. Byrd, declare as follows:

1.    I am a member of the law firm Wolf Haldenstein Adler Freeman & Herz LLP, and I am admitted to practice before this Court. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    I am counsel for Plaintiff Eric Bowers in the above action captioned, *Bowers v. Kelly, et al.*, Case No. 3:23-cv-05396-AGT. I submit this declaration in support of the Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12 (the "Motion") and pursuant to Civil Local Rule 7-11(a).

3.    My firm has been in contact with counsel for defendants in this Action and in the related securities action captioned *Stuart v. Ginkgo Bioworks Holdings, Inc.*., Case No. 4:21-cv-08943-KAW, and counsel for the plaintiff in the related derivative case captioned, *Hu v. Baker, et al.*, Case No. 4:23-cv-02077-KAW.

4.    I was unable to obtain a stipulation in support of the Motion because counsel for plaintiff in the *Hu* action, instead of entering into a stipulation, stated only that they do not oppose this Motion.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.  Executed November 14th, 2023 at San Diego, California.

        */s/ Rachele R. Byrd*
        RACHELE R. BYRD