**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN STUART, Individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GINKGO BIOWORKS HOLDINGS, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 4:21-cv-8943-KAW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12 AND 7-11**<br><br>Judge: Honorable Kandis A. Westmore |
| WEINING HU, derivatively on behalf of GINKGO BIOWORKS HOLDINGS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ELI BAKER, *et al*.,<br><br>　　　　　　Defendants,<br><br>　　and<br><br>GINKGO BIOWORKS HOLDINGS, INC.,<br><br>　　　　　　Nominal Defendant. | Case No. 4:23-cv-02077-KAW<br><br>Judge: Honorable Kandis A. Westmore |

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12 AND 7-11
Case Nos. 4:21-cv-8943-KAW, 4:23-cv-02077-KAW, 3:23-cv-05396-AGT

| | |
|---|---|
| ERIC BOWERS, Derivatively on Behalf of Nominal Defendant GINKGO BIOWORKS HOLDINGS, INC., | Case No. 3:23-cv-05396-AGT |
| Plaintiff, | Judge: Honorable Alex G. Tse |
| vs. | |
| JASON KELLY, *et al*. | |
| Defendants, | |
| -and- | |
| GINKGO BIOWORKS HOLDINGS, INC., | |
| Nominal Defendant. | |

Plaintiff Eric Bowers has filed an Administrative Motion Pursuant to L.R. 3-12 to Consider Whether Cases Should be Related (the "Motion") with respect to the following actions:

| CASE NAME | CASE NUMBER |
|---|---|
| *Stuart v. Ginkgo Bioworks Holdings, Inc., et al.* | 4:21-cv-08943-KAW |
| *Hu v. Baker, et al.* | 4:23-cv-02077-KAW |
| *Bowers v. Kelly, et al.* | 3:23-cv-05396-AGT |

The time for filing an opposition or statement of support has passed.  The Court **GRANTS** the Motion and relates the above-captioned actions to the low-numbered action, *Stuart v. Ginkgo Bioworks Holdings, Inc., et al.* 4:21-cv-08943-KAW.  Each of the above-captioned actions shall now be assigned to the undersigned judge. All future filings are to bear the initials "KAW."  Unless otherwise ordered, any dates for hearing noticed motions in *Bowers* are vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge. A copy of this Order shall be filed in each of the above-captioned dockets.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE KATHRYN WESTMORE
UNITED STATES DISTRICT COURT JUDGE