BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

*Counsel for Plaintiff Eric Bowers*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN STUART, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         vs.<br><br>GINKGO BIOWORKS HOLDINGS, INC., et al.,<br>                    Defendants. | Case No. 4:21-cv-8943-KAW<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Honorable Kandis A. Westmore |

| | |
|---|---|
| WEINING HU, derivatively on behalf of GINKGO BIOWORKS HOLDINGS, INC., a Delaware corporation, <br><br>       Plaintiff, <br><br>    v. <br><br> ELI BAKER, *et al*., <br><br>       Defendants, <br><br>    and <br><br> GINKGO BIOWORKS HOLDINGS, INC., <br><br>       Nominal Defendant. | Case No. 4:23-cv-02077-KAW <br><br> Judge: Honorable Kandis A. Westmore |
| ERIC BOWERS, Derivatively on Behalf of Nominal Defendant GINKGO BIOWORKS HOLDINGS, INC., <br><br>       Plaintiff, <br><br>    vs. <br><br> JASON KELLY, *et al*. <br><br>       Defendants, <br><br>    −and− <br><br> GINKGO BIOWORKS HOLDINGS, INC. , <br><br>       Nominal Defendant. | Case No. 3:23-cv-05396-AGT <br><br> Judge: Honorable Alex G. Tse |

I, Jasmin Rangel, the undersigned, do declare as follows:

I am a resident of the County of San Diego; I am over the age of 18 years, and not a party to, or have any interest in, this legal action; my business address is 750 B Street, Suite 1820, San Diego, California 92101.

On November 14, 2023, I served the following document(s):

1. PLAINTIFF ERIC BOWERS' UNOPPOSED ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED;

2. DECLARATION OF RACHELE R. BYRD IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12; and

3. [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12 AND 7-11

in the manner(s) identified below on all interested parties as indicated on the attached service list:

(X) VIA ELECTRONIC MAIL – I electronically transmitted a copy of the document(s) listed above to all parties in a pdf or word processing format at their respective electronic mailbox addresses.

( ) VIA U.S. MAIL – I enclosed a copy of the document identified above in an envelope or envelopes and placed the envelope(s) for collection and mailing on the date and at the place shown above, following our ordinary business practices. I am readily familiar with this business's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope with postage prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 14, 2023, at San Diego, California.

_____
JASMIN RANGEL

**SERVICE LIST**
Case Nos. 4:21-cv-8943-KAW;
4:23-cv-02077-KAW; 3:23-cv-05396-AGT

ATTORNEYS FOR PLAINTIFFS

Betsy C. Manifold
Rachele R. Byrd
Alex J. Tramontano
Ferdeza Zekiri
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

Seth D. Rigrodsky
Timothy J. MacFall
**RIGRODSKY LAW, P.A.**
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
sdr@rl-legal.com
tjm@rl-legal.com
gms@rl-legal.com
vl@rl-legal.com
sa@rl-legal.com

Joshua H. Grabar
**GRABAR LAW OFFICES**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
jgrabar@grabarlaw.com

Genc Arifi
Brian O'Connell
Joshua B. Silverman
**POMERANTZ LLP**
10 S LaSalle St. Ste. 3505
Chicago, IL 60603
312-377-1181
garifi@pomlaw.com
boconnell@pomlaw.com
jbsilverman@pomlaw.com

J Alexander Hood, II
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
(212) 661-8665 (fax)
ahood@pomlaw.com

Jennifer Pafiti
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
(310) 405-7190
jpafiti@pomlaw.com

Francis A. Bottini, Jr.
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
(858) 914-2001
(858) 914-2002 (fax)
fbottini@bottinilaw.com

Phillip C Kim
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10116
212-686-1060
212-202-3827 (fax)
pkim@rosenlegal.com

Laurence Matthew Rosen
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
(213) 785-2610
(213) 226-4684 (fax)
lrosen@rosenlegal.com

Robert Charles Moest
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
(310) 915-6628
(310) 915-9897 (fax)
rmoest@aol.com

**ATTORNEYS FOR DEFENDANTS**

Jordan Eth
David Jeremy Wiener
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7126
(415) 268-7522 (fax)
jeth@mofo.com
dwiener@mofo.com

Akua Abu
Graham W. Meli
Anitha Reddy
**WACHTELL, LIPTON, ROSEN & KATZ**
51 W 52nd Street
New York, NY 10019
212-403-1390
afabu@wlrk.com
gwmeli@wlrk.com
areddy@wlrk.com

Mark R.S. Foster
**SKADDEN ARPS SLATE MEAGHER & FLOM LLP**
525 University Ave., Ste. 1400
Palo Alto, CA 94103
650-470-4580
mark.foster@skadden.com