UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHARON BERNSTEIN,

Plaintiff,

v.

GINKGO BIOWORKS HOLDINGS, INC., et al.,

Defendants.

Case No. 4:21-cv-08943-KAW

**ORDER REGARDING 11/3/2023 JOINT DISCOVERY LETTER RE DEFENDANTS' PRODUCTION OF DOCUMENTS**

[Discovery Letter #1]

Re: Dkt. No. 103

On November 3, 2023, the parties filed a joint discovery letter concerning the timing of Defendants' document production. (Joint Letter, Dkt. No. 103.)  Plaintiff propounded her first set of requests for production on May 11, 2023, and her second set on June 9, 2023. *Id.* at 1.  In response to the requests, Defendants proposed that the parties negotiate a search protocol for custodial document production. *Id.*  The parties agreed to the terms on September 21, 2023. *Id.*

Here, Plaintiff contends that the pace of production has impeded the progress of the case, and she requests that the Court set deadlines by which the production will be substantially completed. (Joint Letter at 1-2.)  Specifically, Plaintiff proposes that the production of prioritized documents (consisting of Slack messages and emails) be substantially completed by November 16, 2023, and that the production of the remaining responsive documents be substantially completed by December 19, 2023. *Id.* at 1.

Defendants contend that this schedule is untenable because they must review over 119,000 prioritized documents, and another 225,000 documents before production. (Joint Letter at 2.) Defendants have already produced over 12,000 pages of documents, and they have begun a large-scale review of hundreds of thousands of emails and Slack messages with the assistance of almost 40 contract attorneys. *Id.* at 2, 4.  Defendants further argue that there is no urgency, because the

initial case management conference was not until December 5, 2023. *Id.* at 3. The case management conference has since been rescheduled to January 23, 2024.

The parties are commended for working together on the search protocols, and Defendants appear to be taking their discovery obligations seriously. While the undersigned appreciates that the requests were propounded six months ago, the Court has yet to hold a case management conference so no deadlines have been set, and there is no apparent reason that would warrant such a short timeframe to substantially complete this voluminous production. Accordingly, Plaintiff's request to set the production deadlines is DENIED.

The Standing Order for All Judges of the Northern District of California requires the inclusion of a proposed discovery plan in the parties' joint case management statement, so the parties should be prepared to discuss phased discovery at the January 23, 2023 case management conference.

This resolves Dkt. No. 103.

IT IS SO ORDERED.

Dated: December 18, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2