**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SHARON BERNSTEIN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>GINKGO BIOWORKS HOLDINGS, INC., et al.,<br><br>          Defendants. | Case No.:  4:21-cv-08943-KAW<br><br>**ORDER CONTINUING INITIAL CASE MANAGMEMENT STATEMENT AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>HON. KANDIS A. WESTMORE |

**ORDER**

Upon review and consideration of the Joint Motion to Continue Initial Case Management Statement and Initial Case Management Conference, for good cause shown, the motion is GRANTED.

The Initial Case Management Conference is continued from March 5, 2024 to March 19, 2024, at 1:30 p.m. The Parties shall submit an initial joint case management statement by March 12, 2024.

**IT IS SO ORDERED.**

\_\_\_\_February 29, 2024_____          _____
Date:                                                          HONORABLE KANDIS A. WESTMORE
                                                                  UNITED STATES MAGISTRATE JUDGE

ORDER
CASE NO.:  4:21-cv-08943-KAW

1