**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff and the*
*Proposed Classes*

**MORRISON & FOERSTER**
Jordan Eth (CA SBN 121617)
David J. Wiener (SBN 291659)
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
JEth@mofo.com
DWiener@mofo.com

*Attorneys for Defendants*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SHARON BERNSTEIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>GINKGO BIOWORKS HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No: 4:21-cv-08943-KAW<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CASE DEADLINES AND STAY PROCEEDINGS**<br><br>HON. KANDIS A. WESTMORE |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Please take notice that Lead Plaintiff Sharon Bernstein ("Lead Plaintiff") and Defendants Ginkgo Bioworks Holdings, Inc., Harry E. Sloan, Eli Baker, Scott M. Delman, Joshua Kazam, Isaac Lee, Timothy Leiweke, Dennis A. Miller, Laurence E. Paul, Jason Kelly, Resham Shetty, Arie Belldegrun, Marjin Dekkers, Christian Henry, Reshma Kewalramani, Shyam Sankar and Anna Marie Wagner ("Defendants," together with Lead Plaintiff, the "Parties"), jointly, hereby inform the Court that they have reached an agreement to settle all claims and are currently working on documenting that agreement in a Stipulation of Settlement.  The Parties anticipate completing and executing the Stipulation of Settlement by April 3, 2024, and Lead Plaintiff anticipates filing a motion for preliminary approval by April 10, 2024.

Therefore, the Parties respectfully request that the Court enter an Order:

1.    Vacating all pending deadlines;

2.    Staying all proceedings; and

3.    Requiring the Parties to submit a joint status by April 5, 2024, if they have not executed a Stipulation of Settlement by that date.

Dated: March 8, 2024

By:    */s/ Brian P. O'Connell*
Joshua B. Silverman (*pro hac vice*)
Brian P. O'Connell (SBN 314318)
Genc Arifi (*pro hac vice*)
**POMERANTZ LLP**
10 S. LaSalle St., Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
jbsilverman@pomlaw.com
boconnell@pomlaw.com
garifi@pomlaw.com

*Lead Counsel for Lead Plaintiff and the Proposed Classes*

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024

Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff and the
Proposed Classes*

Brian Schall (SBN 290685)
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff and the
Proposed Classes*


By:      */s/ Graham W. Meli*

William Savitt (*pro hac vice forthcoming*)
Graham W. Meli (*pro hac vice*)
Anitha Reddy (*pro hac vice*)
Akua F. Abu (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
WDSavitt@wlrk.com
GWMeli@wlrk.com
AReddy@wlrk.com
AFAbu@wlrk.com


Jordan Eth (CA SBN 121617)
David J. Wiener (SBN 291659)
**MORRISON & FOERSTER**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
JEth@mofo.com
DWiener@mofo.com


*Attorneys for Defendants*

NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CASE DEADLINES AND STAY PROCEEDINGS
CASE NO. 4-21-cv-08943-KAW

**CERTIFICATE OF SERVICE**

I certify that, on the date stamped above, I caused this document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing by email to counsel of record for all parties.

Dated: March 8, 2024

*/s/ Brian P. O'Connell*
Brian P. O'Connell

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: March 8, 2024

*/s/ Brian P. O'Connell*
Brian P. O'Connell

NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CASE DEADLINES AND STAY PROCEEDINGS
CASE NO. 4-21-cv-08943-KAW