**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

SHARON BERNSTEIN, individually and on behalf of all others similarly situated,

      Plaintiff,

      vs.

GINKGO BIOWORKS HOLDINGS, INC., et al.,

      Defendants.

Case No: 4:21-cv-08943-KAW

**[PROPOSED] ORDER**

HON. KANDIS A. WESTMORE

**[PROPOSED] ORDER**

The Court, having been informed that the Parties have reached an agreement to settle this action, ORDERS AS FOLLOWS:

1. The initial case management conference scheduled for March 19, 2024 is vacated;

2. All other currently set litigation deadlines are vacated and all proceedings unrelated to settlement stayed;

3. The Parties shall submit a joint status report by April 5, 2024, if they have not executed a Stipulation of Settlement by that date; and

4. Lead Plaintiff will file a preliminary approval motion by April 10, 2024.

**IT IS SO ORDERED:**

DATED:_____

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE