**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SHARON BERNSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GINKGO BIOWORKS HOLDINGS, INC., et al.,<br><br>Defendants. | Case No: 4:21-cv-08943-KAW<br><br>**ORDER**<br><br>HON. KANDIS A. WESTMORE |

**ORDER**

The Court, having been informed that the Parties have reached an agreement to settle this action, ORDERS AS FOLLOWS:

1. The initial case management conference scheduled for March 19, 2024 is vacated;
2. All other currently set litigation deadlines are vacated and all proceedings unrelated to settlement stayed;
3. The Parties shall submit a joint status report by April 5, 2024, if they have not executed a Stipulation of Settlement by that date; and
4. Lead Plaintiff will file a preliminary approval motion by April 10, 2024.

**IT IS SO ORDERED:**

DATED: March 12, 2024

_Kandis Westmore_
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE