**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SHARON BERNSTEIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GINKGO BIOWORKS HOLDINGS, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:21-cv-08943-KAW |

**DECLARATION OF AKUA ABU**
**IN SUPPORT OF SECURITIES CLASS ACTION SETTLEMENT**

Pursuant to 28 U.S.C. § 1746, I, Akua Abu, declare as follows:

1.     I am an attorney at the law firm Wachtell, Lipton, Rosen and Katz, attorneys for defendants Ginkgo Bioworks Holdings, Inc., Harry E. Sloan, Eli Baker, Scott M. Delman, Joshua Kazam, Isaac Lee, Timothy Leiweke, Dennis A. Miller, Laurence E. Paul, Jason Kelly, Reshma Shetty, Arie Belldegrun, Marijn Dekkers, Christian Henry, Reshma Kewalramani, Shyam Sankar, and Anna Marie Wagner in this matter.

2.     As described in the "*Declaration of Kyle S. Bingham on Implementation of CAFA Notice*," dated April 19, 2024, attached as Exhibit A hereto, Epiq Class Action & Claims Solutions, Inc. sent a CAFA notice package (or "CAFA Notice"), on behalf of defendants Ginkgo Bioworks Holdings, Inc., Harry E. Sloan, Eli Baker, Scott M. Delman, Joshua Kazam, Isaac Lee, Timothy Leiweke, Dennis A. Miller, Laurence E. Paul, Jason Kelly, Reshma Shetty, Arie Belldegrun, Marijn Dekkers, Christian Henry, Reshma Kewalramani, Shyam Sankar, and Anna Marie Wagner,

as required by the federal Class Action Fairness Act of 2005 (CAFA), 28 U.S.C. § 1715, to 57 federal and state officials on April 19, 2024.  The CAFA Notice was mailed via USPS Certified Mail to 55 officials, including the Attorneys General of 49 states, the District of Columbia, and the United States Territories.  As per the direction of the Office of the Nevada Attorney General, the CAFA Notice was sent to the Nevada Attorney General electronically via e-mail.  The CAFA Notice was also sent via United Parcel Service to the Attorney General of the United States.

3.      In accordance with 28 U.S.C. § 1715(b), the CAFA Notice was sent within ten days of the filing of the proposed settlement with the Court (i.e., within ten days of April 10, 2024).

*                *                *

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2024.

/s/ Akua F. Abu
Akua F. Abu

2