# Exhibit D

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SHARON BERNSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GINKGO BIOWORKS HOLDINGS, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 4:21-cv-08943-KAW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF RINA RESTAINO**

I, Rina Restaino, declare as follows:

1.    I am a partner in The Schall Law Firm, one of the counsel for Plaintiffs in this Action.  I have been involved in the representation of Lead Plaintiff Sharon Bernstein, and have personal knowledge of the facts set forth herein.  If called on to do so, I could and would testify competently thereto.

2.    The Schall Law Firm has incurred a lodestar of $38,100 in this Action, consisting of 42 hours for myself at my rate of $800/hr., and 5 hours for Brian Schall at his rate of $900/hr.  These rates have been approved in other cases.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of October 2024, in Los Angeles, California.

DocuSigned by:

66F89E43341D4C0...

Rina Restaino