# Exhibit 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SHARON BERNSTEIN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:21-cv-08943-KAW |
| GINKGO BIOWORKS HOLDINGS, INC., et al., | ) ) ) |
| Defendants. | ) ) ) |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING:**
**(A) MAILING OF THE POSTCARD NOTICE; (B) REPORT ON**
**REQUESTS FOR EXCLUSION AND OBJECTIONS;**
**AND (C) CLAIMS RECEIVED TO DATE**

I, Margery Craig, declare as follows:

1.    I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over seventeen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred fifty (550) class action settlements since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.    Pursuant to the Court's Order Granting Motion for Preliminary Approval of Settlement, dated July 31, 2024 (Dkt. No. 126, the "Preliminary Approval Orders"), SCS was retained as the Settlement Administrator to supervise and administer the notice and claims processing, as well as the other services in connection with the Settlement of the above-captioned

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, Case No. 4:21-cv-08943-KAW

action.[1] I submit this supplemental declaration in order to provide the Court and the Parties with updated information regarding the notifications to potential Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.    As noted in the Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; (B) Publications of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated October 16, 2024 (Dkt. No. 129-1, the "Craig Declaration"), SCS mailed or e-mailed 2,305 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.

4.    As reported in the Craig Declaration, a total of 18,994 Postcard Notices have been mailed to potential Class Members[2] either by SCS or nominees. Additionally, as noted in the Craig Declaration, 53,538 e-mails with the link to the Notice and Proof of Claim have been sent. Since the Craig Declaration was filed, SCS received a request from one nominee for 576 additional Postcard Notices so that the nominee could forward them directly to their clients.  Since the Craig Declaration, SCS was notified that a nominee sent 214 additional e-mails with the link to the Notice and Proof of Claim.  To date, a total of 73,322 potential Class Members were notified either by mailed Postcard Notice or e-mailed a link to the location of the Notice and Proof of Claim on the Settlement Website.

5.    Since the Craig Declaration, an additional 373 were returned undeliverable.  Of these, the United States Postal Service provided a forwarding address for 61, and SCS immediately mailed another Postcard Notice to the updated addresses.  The remaining 312 Postcard Notices

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation of Settlement, dated as of April 4, 2024 (Dkt. No. 117-1, the "Stipulation").

[2] SCS received 28 requests from a potential Class Member for the Notice and Proof of Claim to be mailed to them.  SCS immediately mailed the Notice and Proof of Claim to the 28 potential Class Members.

2

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, Case No. 4:21-cv-08943-KAW

returned as undeliverable were "skip-traced" to obtain updated addresses, and 107 were re-mailed to updated addresses.

## UPDATE ON TOLL-FREE PHONE LINE

6.      The Craig Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Class Members to call and obtain information about the Settlement and may also request a Notice and Proof of Claim to be mailed to them.  SCS continues to promptly respond to each telephone inquiry and address Class Members' inquiries through the claims process.

## UPDATE ON SETTLEMENT WEBSITE

7.      As noted in the Craig Declaration, on August 13, 2024, SCS established a case-specific website dedicated to the Settlement at www.GinkgoSecuritiesSettlement.com ("Settlement Website"). The Settlement Website is accessible 24 hours a day, 7 days a week. The Settlement Website contains a home page; an important documents page; a file a claim online page; a nominees page; and a contact us page.  To date, the Settlement Website has received 12,355 pageviews from 3,169 unique users.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

8.      The Postcard Notice, Notice, Summary Notice, and the Settlement Website informed potential Class Members that written requests for exclusion are to be mailed to SCS such that they were received no later than November 21, 2024. SCS has been monitoring all mail delivered for this case. Since the Craig Declaration, SCS has received one request for exclusion. Attached as **Exhibit A** to this declaration is a copy of the exclusion request. The exclusion request has been redacted to remove personal information.

9.      The Postcard Notice, Notice, Summary Notice, and the Settlement Website further informed Class Members seeking to object to the Settlement or any of its terms, the proposed Plan

3

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, Case No. 4:21-cv-08943-KAW

of Allocation, the application for attorneys' fees and expenses, or any application of an award to Lead Plaintiff that they are required to submit their objections in writing such that the requests were received by the Class Action Clerk no later than November 21, 2024. As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objection was submitted.

**CLAIMS RECEIVED TO DATE**

10. The deadline for claims submission was either online at www.GinkgoSecuritiesSettlement.com or by mail postmarked no later than November 21, 2024. As of the date of this declaration, SCS has received 38,329 claims. SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of November 2024, in Media, Pennsylvania.

Margery Craig

4

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, Case No. 4:21-cv-08943-KAW

Ginkgo Bioworks Securities Litigation

c/o Strategic Claims Services

600 N. Jackson Street, Suite 205

Media, PA 19063

October 31, 2024

To whom it may concern

I, Bruce Wrenbeck, am writing to you to request to be excluded from the Class in Bernstein v. Gingko Bioworks Holdings, Inc., et al., Case No: 4:21-cv-08943-KAW (N.D. Cal.).

My particular info is as follows:

Bruce Wrenbeck

I currently hold 1,000 shares of Gingko stock. These shares were purchased on my behalf via Baird Investment Company using my individual IRA account under my name.

Thank you in advance for your attention in this matter. Please call or email me with any concerns or questions with respect to above.

Sincerely,

Bruce Wrenbeck

MANATEE

forever usa

31 OCT 2024 PM 16 L

CINEKO BROKERS SECURITES LITIGATION
c/o STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEAIM, PA 19063

:19063-258455

NOV 04 2024

WREMBECK