**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff and the Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SHARON BERNSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GINKGO BIOWORKS HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 4:21-cv-08943-KAW<br><br>**LEAD PLAINTIFF'S SUPPLEMENTAL BRIEF REGARDING SETTLEMENT ADMINISTRATION EXPENSES**<br><br>Judge:   Hon. Kandis A. Westmore |

Lead Plaintiff Sharon Bernstein, by her attorneys and Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and Northern District of California Procedural Guidance for Class Action Settlements, Preliminary Approval § 2, ("Northern District Guidance") hereby files this supplemental brief on administrative expenses as discussed at the Settlement Hearing held on December 5, 2024.

From the inception of this Settlement, Lead Plaintiff and Lead Counsel have sought to limit administration costs. The approved administrator, Strategic Claims Services ("SCS") was selected in a competitive bidding process over four other firms based on its proposed fees, scope of services, and proven history of reliability. As a result of that process, Lead Plaintiff and Lead Counsel believe that this Settlement can properly be administered for $250,000.00 or less, including the initial distribution. That request was included in connection with preliminary approval; however, consistent with the Northern District Guidance, Your Honor correctly indicated that it should be addressed at final approval. *See* Dkt. No. 126 at 11 n.4. Lead Counsel inadvertently omitted further briefing on administration costs from its final approval papers, and files this supplemental brief to provide such information.

SCS has executed the Plan of Notice approved by this Court. It has emailed or mailed, or caused to be emailed or mailed, notice to 73,322 potential Settlement Class Members, has sought to correct wrong addresses, has published summary notice, and has established both a toll-free phone line and a Settlement website. *See* Dkt. No. 131-1. SCS is currently in the process of auditing the 38,329 claims it has received. *Id.* at ¶10. Those claimants with claims that are incomplete or otherwise invalid will be given an opportunity to supplement their claims and at least 21 days' time to do so. *Id.* When this process is complete, Lead Plaintiff and Lead Counsel will move the Court to distribute the Net Settlement Fund and will summarize the valid and invalid claims.

SCS has successfully administered several dozen securities class action settlements across the nation. Information about SCS and its procedures was previously provided, including the information identified in the Northern District Data Security Checklist. *See* Dkt. No. 117-4. For convenience, that information is reattached hereto as **Exhibit A**.

To date, SCS has invoiced $85,241.07. Lead Counsel expects administration expenses to ramp in connection with the audit process and other labor-intensive tasks. However, Lead Counsel still

anticipates that the total amount can be kept under $250,000.00 (less than the $300,000.00 contemplated by the Parties' Stipulation). Lead Plaintiff and Lead Counsel respectfully request that the final approval order authorize payment of Notice and Administrative Expenses from the Net Settlement Fund, up to $250,000.00.

Dated: December 6, 2024

Respectfully submitted,

POMERANTZ LLP

By: */s/ Brian P. O'Connell*
Joshua B. Silverman (*pro hac vice*)
Brian O'Connell (SBN 314318)
Genc Arifi (*pro hac vice*)
10 S. LaSalle St., Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
jbsilverman@pomlaw.com
boconnell@pomlaw.com
garifi@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff and the Settlement Class*

**THE SCHALL LAW FIRM**
Brian Schall (SBN 290685)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff and the Settlement Class*

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: December 6, 2024

**POMERANTZ LLP**

By: */s/ Brian P. O'Connell*
     Brian P. O'Connell