UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BERNSTEIN,<br><br>  Plaintiff,<br><br>  v.<br><br>GINKGO BIOWORKS HOLDINGS, INC., et al.,<br><br>  Defendants. | Case No. 4:21-cv-08943-KAW<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 134 |

On December 13, 2024, the Court granted final approval of the class action settlement and awarded Lead Plaintiff's attorney's fees, costs, and service award. (Dkt. No. 134.) Final judgment is therefore ordered on the terms set forth in the Final Approval Order.

The Clerk of Court shall close the file in this matter.

IT IS SO ORDERED.

Dated: December 16, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge